## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| **TOBY DONICA** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| VS. § | **CIVIL NO. 3:17-cv-00102** |
| § | |
| **NOBLE SERVICES** § | |
| **INTERNATIONAL LIMITED,** § | |
| § | *Jury Trial Requested* |
| **Defendant.** § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES, **TOBY DONICA**, and hereinafter referred to as Plaintiff, and the sole remaining Defendant, **NOBLE SERVICES INTERNATIONAL LIMITED;** pursuant to Rule 41(a)(1) and (2) notifies the Court that pursuant to the Agreement of the Parties, the Plaintiff's claims against the Defendant are to be dismissed with prejudice. As that would dispose of all claims between all parties, it will result in a final dismissal. The parties so pray.

Respectfully submitted,

*/s/ Charles H. Peckham*

_____
Charles H. Peckham
TBN: 15704900
FBN: 15770
cpeckham@pmlaw-us.com

Mary A. Martin
TBN:  00797280
FBN:  12272
mmartin@pmlaw-us.com

PECKHAM MARTIN, PLLC
Two Bering Park
800 Bering Drive, Suite 220
Houston, Texas  77057
(713) 574-9044
(713) 493-2255 – facsimile

THE ZWERNEMANN LAW FIRM

Allen H. Zwernemann
State Bar No. 24034755
F.I.D. No. 2851120
6363 Woodway, Suite 300
Houston, Texas 77057
tel:  (281) 221-7168
fax: (281) 783-4247
e-mail: az@azlf.com

**COUNSEL FOR PLAINTIFF**

*/s/ Jeffrey R. Bale*
_____
Jeffrey R. Bale
TBN: 01629800
FBN:  3324
jbale@balelawfirm.com

THE BALE FIRM, PLLC
Kensington I, Suite 200
1600 Highway 6 South
Sugar Land, TX 77478
(281) 295-6000
(281) 295-6010- facsimile

Marc H. Klein
TBN: 11563012
FBN: 19150
marc.klein@tklaw.com

Katy A. Mathews
TBN: 24083458
FBN: 2985464
katy.mathews@tklaw.com

THOMPSON & KNIGHT, LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
(214) 969-1700
(214) 969-1751- facsimile

**COUNSEL FOR DEFENDANT**